IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,           )
                         Plaintiff, )
                                    )
       vs.                          )   Case No. 12-40051-01-RDR
                                    )
PATRICK SMITH,                      )
                         Defendant. )
_____)

## **O R D E R**

**NOW** on this 13th day of June, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of thirty (30) days within which to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including July 13, 2012 to file motions in the above-entitled action, and the government shall have until July 23, 2012 to file responses. The motions hearing/status conference shall be held on August 2, 2012 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                              s/Richard D. Rogers
                              United States District Judge